UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PROSPECTOR REALTY, INC., a Nevada corporation, dba CENTURY 21 MINER REALTY,<br><br>Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation qualified to do business in the State of Nevada; CLARENDON NATIONAL INSURANCE COMPANY, a New York corporation qualified to do business in the State of Nevada; PRAETORIAN INSURANCE COMPANY, an out-of-state corporation qualified to do business in the State of Nevada; REAL ESTATE RISK MANAGEMENT AND INSURANCE SERVICES, INC., a California corporation doing business in the State of Nevada; SALLIEJEAN SKINNER, an individual, resident of the State of Nevada, County of Washoe; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 3:08-CV-00175-LRH-RAM<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR OPPOSITION AND REPLY REGARDING ST. PAUL MOTION FOR SUMMARY JUDGMENT** |

## STIPULATION AND ORDER TO EXTEND DEADLINES FOR OPPOSITION AND REPLY REGARDING ST. PAUL MOTION FOR SUMMARY JUDGMENT
### (First Request)

COMES NOW Plaintiff, Prospector Realty, Inc. ("Prospector"), by and through its attorneys of record, Robison, Belaustegui, Sharp & Low, P.C., and Defendant St. Paul, by and through its attorneys of record, Lewis Brisbois Bisgaard & Smith LLP, and pursuant to the LR 6-1, hereby

4833-2575-0531.1

stipulate to extend the deadline by which Prospector must file its *Opposition* to St. Paul's Motion For Summary Judgment (Doc. #41) to **May 13, 2009**, and the deadline by which St. Paul must thereafter file its *Reply* regarding the pending motion to **May 27, 2009**. The parties hereto request these specific extensions of deadlines based on the fact that counsel for St. Paul will be on vacation during the first part of May, 2009, returning to the office on May 13, 2009. So that St. Paul will have the appropriate time to review and respond to any *Opposition* Prospector files to the subject motion, counsel agree that Prospector's time to file its *Opposition* may be extended to May 13, 2009, and that St. Paul may file its *Reply* on or before May 27, 2009.

DATED this ___ day of April, 2009.              DATED this 20th day of April, 2009.

ROBISON, BELAUSTEGUI, SHARP & LOW              LEWIS BRISBOIS BISGAARD & SMITH


By _____                      By _____
CLAYTON P. BRUST                                JOHN P. SKALAK
Nevada Bar No. 005234                           Nevada Bar No. 004385
71 Washington St.                               400 S. Fourth Street, Suite 500
Reno, NV 89503                                  Las Vegas, NV 89101
Phone: (775) 329-3151                           Phone: (702) 893-3383
Fax: (775) 329-7941                             Fax: (702) 893-3383
*Attorneys for Plaintiff*                       *Attorney for Defendants,*
                                                *St. Paul Fire And Marine Insurance*
                                                *Company*

stipulate to extend the deadline by which Prospector must file its *Opposition* to St. Paul's Motion For Summary Judgment (Doc. #41) to **May 13, 2009,** and the deadline by which St. Paul must thereafter file its *Reply* regarding the pending motion to **May 27, 2009**. The parties hereto request these specific extensions of deadlines based on the fact that counsel for St. Paul will be on vacation during the first part of May, 2009, returning to the office on May 13, 2009. So that St. Paul will have the appropriate time to review and respond to any *Opposition* Prospector files to the subject motion, counsel agree that Prospector's time to file its *Opposition* may be extended to May 13, 2009, and that St. Paul may file its *Reply* on or before May 27, 2009.

DATED this 20 day of April, 2009.                    DATED this ___ day of April, 2009.

ROBISON BELAUSTEGUI SHARP & LOW              LEWIS BRISBOIS BISGAARD & SMITH

By _____                              By _____
CLAYTON P. BRUST                                                      JOHN P. SKALAK
Nevada Bar No. 005234                                              Nevada Bar No. 004385
71 Washington St.                                                        400 S. Fourth Street, Suite 500
Reno, NV 89503                                                           Las Vegas, NV 89101
Phone: (775) 329-3151                                                Phone: (702) 893-3383
Fax: (775) 329-7941                                                     Fax: (702) 893-3383
*Attorneys for Plaintiff*                                               *Attorney for Defendants,*
                                                                                   *St. Paul Fire And Marine Insurance*
                                                                                   *Company*

## ORDER

**IT IS SO ORDERED.**

DATED this 21st day of April, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

4833-2575-0531.1                                Page 2 of 3